## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV6061                                         Purchased/Filed: June 26, 2007

STATE OF NEW YORK        UNITED STATES DISTRICT COURT              SOUTHERN DISTRICT

*Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds*                Plaintiff

against

*Genco Construction Group Inc.*                Defendant

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____ Lewis Sperber _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ July 2, 2007 _____ , at __2:00 pm__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil, Rule 7.1 and Complaint

on

_____ Genco Construction Group Inc. _____ , the

Defendant in this action, by delivering to and leaving with _____ Donna Christie _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service

was made pursuant to Section __306 Business Corporation Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:   Approx. Age: __38__   Approx. Wt: __145__   Approx. Ht: __5'5"__

Color of skin: __White__   Hair color: __Blonde__   Sex: __F__   Other: _____

Sworn to before me on this

__5th__ day of _____ July, 2007 _____

_____                         _____
DONNA M. TIDINGS                                                Lewis Sperber
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 19, 2011                          Invoice·Work Order # SP0705625

*SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179*