

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS,

Plaintiffs,

-against-

GENCO CONSTRUCTION GROUP INC.,

Defendant.

Index No. 07-CIV-6061 (CLB)

#07-0233 WP

DEFAULT JUDGMENT

---

This action having been commenced on June 26, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, Genco Construction Group Inc. on July 2, 2007 via Secretary of State and said Proof of Service having been filed with the Clerk of the Court on July 16, 2007 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the plaintiff have judgment against defendant in the liquidated amount of Four Thousand Six Hundred and Seventy Two Dollars and Fifty Seven Cents ($4,672.57), which includes the following: the principal amount owed in late charges in the sum of $2,742.57 for the period May 31, 2005 through to and including March 31, 2006, attorneys' fees in the sum of $1,500.00; plus court costs and disbursements of this action in the sum of $430.00.

USDC SD NYWP MICROFILM AUG 21 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiff's be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

✓ Dated: White Plains, New York
   August 20, 2007

✓ So Ordered:

*Charles Brieant*
Honorable Charles L. Brieant, U.S.D.J.